IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JIHYUN YOO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 1:15-CV-00720-SS |
| § | |
| **EGS FINANCIAL CARE, INC.,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, EGS Financial Care, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Defendant and Plaintiff will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    /s/ Whitney L. White
    Whitney L. White
    TX State Bar No. 24075269
    Sessions, Fishman, Nathan & Israel, LLC
    900 Jackson Street, Suite 440
    Dallas, TX 75202
    Telephone: (214) 741-3001
    Facsimile: (214) 741-3025
    E-Mail: wwhite@sessions.legal

    *Attorney for Defendant,*
    *EGS Financial Care, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February 2016, a copy of the foregoing **Notice of Pending Settlement** was electronically filed with the Clerk of the Court, United States District Court for Western District of Texas, and served via CM/ECF upon the following:

Robert R. Amador
Centennial Law Offices
9452 Telephone Road 156
Ventura, CA 93004
Telephone: (888) 308-1119 ext. 11
Facsimile: (888) 535-8267
r.amador@centenniallawoffcies.com
*Attorney for Plaintiff*

/s/ Whitney L. White
Whitney L. White