FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS  2016 APR 18  PM 4:13
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

JIHYUN YOO,

        Plaintiff,

-vs-

NCO FINANCIAL SYSTEMS, INC.,
DOE 1-5, EGS FINANCIAL CARE,
INC.,
        Defendants.

CAUSE NO.:
A-15-CA-00720-SS

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#15] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal [#15] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 18th day of April 2016.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE

